**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                                                                               **3:08CV63-P-A**

**CAHAFER BENJAMIN, DALIANA
MENEFEE, AND KAO WOKOMA**

**ORDER**

This cause is before the Court on defendant Benjamin's Motion to Suppress Search and Seizure [35] and defendants Menefee and Wokoma's joinders ([36] and [40]) therein. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, the Court finds as follows, to-wit:

Based on the record of the suppression hearing and for the reasons advanced by the Court at the conclusion of said hearing, the Court finds that the defendants' motions are not well-taken and should be denied, e.g., the stop of the vehicle in which defendants were the operator and/or passengers was amply supported by reasonable suspicion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Benjamin's Motion to Suppress Search and Seizure [35] and defendants Menefee and Wokoma's joinders ([36] and [40]) are not well-taken and should be, and hereby are, DENIED.

SO ORDERED, this the 23rd day of October, 2008.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE